UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM "VAN" HOWENSTINE** | **CASE NO. 23-CV-01316** |
|     **Plaintiffs** | |
| | **JUDGE: Barry W. Ashe** |
| **VERSUS** | |
| | **SECTION: M** |
| **PHH MORTGAGE COMPANY A/K/A OCWEN MORTGAGE COLLECTION SERVICING AGENCY, INC. A/K/A NEW REZ, LLC, AND AMERICAN SECURITY INSURANCE COMPANY, ASURANT and JP MORGAN CHASE BANK,** | **MAG. JUDGE: Michael North** |
| | **MAG. DIVISION: 5** |
|     **Defendants** | |

**JOINT CONSENT MOTION FOR ORDER DIRECTING THE CLERK
TO ISSUE PAYMENT FROM THE COURT'S REGISTRY**

COMES NOW Plaintiff, William Howenstine, and Third-Party Defendants, Mark W. Smith & Assoc., APLC ("Smith"), Laurie Witter ("Witter") who pursuant to Your Honor's Order directing the deposit of $100,703.76 in the Court's registry, of which same was received by the Clerk on December 6, 2023, who now moves this Court for an Order to distribute to Smith $30,211.12, representing attorney fees in the amount of 30% (thirty percent) of the original amount deposited, and that the remaining funds being disbursed directly to the Chapter 13 Bankruptcy Trustee for the EDLA pursuant to Judge Grabill's Order of November 30, 2023. (Doc. Rec. 26,30 and Plaintiff's Exhibit "A", attached hereto).

    1. On November 27, 2023, this Court entered an Order granting PHH's Motion to Allow Interpleader and Disbursement of Funds and Request for Discharge of Any Further Liability. (Doc. Rec. 26, 27).

2. As briefed in PHH Mortgage Co.'s <u>Memorandum in Support</u> of their Interpleader Motion, the funds in the amount of $100,703.76, where insurance proceeds paid by the Plaintiff's homeowners insurance company as part of compromise of litigation for home damage from Hurricane Zeta to the Plaintiff.

3. These funds were in the possession of PHH Mortgage Co. as the lien holder, before they sought to deposit the same in the registry disgorging themselves of any lien rights in the proceeds.

4. Prior to this litigation and currently, the Plaintiff has an existing Chapter 13 Bankruptcy Case being administered by Judge Meredith S. Grabill.

5. On November 30, 2023, Judge Grabill issued an Order authorizing Smith to settle all claims for the Plaintiff herein, Howenstine, and to receive a thirty percent (30%) attorneys fee on all settlement funds received, including the Hurricane Zeta claims noted herein. (Plaintiff's, Exhibit "A").

6. Of note, the Plaintiff's case in chief has been dismissed by Your Honor and Plaintiff has already dismissed by consent the insurance company from where the proceeds originated and awarded $1000.00 in attorney fees to PHH which was paid from the money in the registry of the court reducing the amount accordingly. (Doc. Rec. 35, 39).

7. In accord with Judge Grabill's, November 30, 2023, Order, transferring the remaining funds, the principal amount of $69,492.64 plus any interest accrued to date, to the Chapter 13 Bankruptcy Trustee for the Eastern District of Louisiana is the prudent thing to do to ensure all competing claims and/or interests in the net proceeds of this settlement are addressed.

8. The only remaining parties the instant suit, Howenstine, Smith and Witter all agree to the requests to distribute the funds as outlined above.

WHEREFORE, Howenstine, Smith and Witter move this Honorable Court for an Order directing the clerk to issue payment to Mark W. Smith & Assoc., APLC in the amount of $ $30,211.12, from the funds currently being held in the Court's registry, and that the remaining funds, he principal amount of $69,492.64 plus any interest accrued to date, be issued to S.J. Beaulieu, Jr., Chapter 13 Trustee for the U.S. District Bankruptcy Court for the Eastern District of Louisiana.[1]

Respectfully Submitted,

s/ Van Howenstine
William Van Howenstine
5127 Patterson Dr.
New Orleans, LA 70131
Pro Se;

 s/  Scott Sternberg
SCOTT STERNBERG (Bar # 33390)
Sternberg, Naccari & White
935 Gravier Street, Suite 2020
New Orleans, LA 70112
Attorney for Laurie Witter;

AND

 s/  Leonard Fisher
LEONARD K. FISHER, III (Bar #31456)
500 North Causeway Boulevard
Metairie, Louisiana 70001
Telephone: 504-830-7660
Facsimile:  504-830-7661
Attorney for Mark W. Smith & Associates, APLC

---

[1] Payment to Mark Smith & Associates, APLC should be sent to 500 North Causeway Blvd., Metairie, LA 70001; and the check to the Chapter 13 Trustee should be made S.J. Beaulieu, Jr., Chapter 13 Trustee with the memo line noting "William Van Howenstine Chapter 13 Debtor, Case No. 21-10602" and mailed to 433 Metairie Rd. Metairie, LA 70005.

## **CERTIFICATE**

      I hereby certify that I have notified my client and served a copy of the foregoing on all counsel of record and Plaintiff, who is registered Pro Se, to this proceeding on this 25 day of April 2024, by electronically filing on ECF system and that the Clerk of Court has reviewed the amounts stated in the motion herein and they are an accurate account of the monies on deposit in the registry of the Court.

                                                <u>Leonard Fisher</u>