

"Certification of Funds in the Registry"
PRINCIPAL: $ 99,703.76
Financial Deputy: MBR  Date: 4/25/2024

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM "VAN" HOWENSTINE** | **CASE NO. 23-CV-01316** |
| **Plaintiffs** | |
| | **JUDGE: Barry W. Ashe** |
| **VERSUS** | |
| | **SECTION: M** |
| **PHH MORTGAGE COMPANY A/K/A OCWEN MORTGAGE COLLECTION SERVICING AGENCY, INC. A/K/A NEW REZ, LLC, AND AMERICAN SECURITY INSURANCE COMPANY, ASURANT and JP MORGAN CHASE BANK,** | **MAG. JUDGE: Michael North** |
| | **MAG. DIVISION: 5** |
| **Defendants** | |

## ORDER

Considering the Joint Motion for Order directing the clerk to issue payment from the Court's registry filed by William Howenstine, Mark W. Smith and Associates, APLC, and Laurie Witter,

IT IS ORDERED that the motion is GRANTED. The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $30,211.12 without any interest, payable to Mark W. Smith and Associates, APLC and mail or deliver the check to Mark W. Smith and Associates, APLC at his place of business located at 500 North Causeway Blvd. Metairie LA 70001 (TAX ID No. 72-1258041).

IT IS FURTHER ORDERED as to the residual funds, that the clerk is authorized and directed to draw a check on the funds in the registry of this Court in the amount of $69,492.64 plus any interests accrued to date and in the registry of the Court, payable to the S.J. Beaulieu, Jr., Chapter 13 Trustee with the memo line noting "William Van Howenstine Chapter 13 Debtor, (Case No. 21-10602) and mail or deliver the check to 433 Metairie Rd. Metairie, LA 70005 (TAX ID No. 72-6068022).

New Orleans, Louisiana, the 26th day of April 2024.

_____
Barry W. Ashe
United States District Judge