UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM "VAN" HOWENSTINE | CIVIL ACTION |
| VERSUS | NO. 23-1316 |
| PHH MORTGAGE COMPANY, *et al.* | SECTION M (5) |

## ORDER

This Court recently advised the parties that its review of the record revealed that all claims in this matter have been disposed of by the disbursement of funds and that dismissal appeared to be appropriate.[1] Consequently, the Court ordered the parties to show cause on or before June 14, 2024, why this case should not be dismissed, warning that the "failure to respond by that date will be deemed by the Court as the party's agreement that the matter should be dismissed with prejudice."[2] No party filed a response, thereby indicating to the Court that the parties agree to dismissal of this case with prejudice. Accordingly, for the foregoing reasons,

IT IS ORDERED that all claims asserted in this matter are dismissed with prejudice, each party to bear his, her, or its own costs.

New Orleans, Louisiana, this 17th day of June, 2024.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 44.
[2] R. Doc. 45.